Kenneth A. Reed [sbn 133567]
**LAW OFFICES OF KENNETH A. REED**
406 West Fourth Street
Santa Ana, CA 92701
Phone:      (714) 953-7400
Facsimile:  (714) 953-7412
kar_crimlaw@sbcglobal.net

**Attorney for Defendant
PAUL R. MARTIN**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR 08-0176-DOC |
| Plaintiff, | **COURT ORDER** |
| vs. | |
| Paul R. Martin | |
| Defendants. | |

Good CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1.  The request of the defendant, and without the objection of the Assistant United States Attorney David Bybee for the Central District of California, and Pretrial Services through their representative Angel Matos, and for the a period of no more than four weeks from the date this Order is signed the Clerk's Office for the District of New Jersey shall release the

ORDER REGARDING THE RELEASE OF THE ENCUMBRANCE ON THE PAUL R. MARTIN
RESIDENCE LOCATED IN NEW JERSEY                                           1

encumbrance that resulted when the defendant posted his residence located at 276 Central Avenue, Wyckoff, New Jersey 07481.

2. This is to allow the defendant to re-finance said property which was posted in the District of New Jersey as collateral for an Appearance Bond on August 22, 2008, [filed under docket numbers 08MJ4118 and Recognizance Number NEW1703].

3. Upon the execution of this order and the closing of the aforementioned property, the Appearance Bond will return to full effect until bail is discharged.

**It is so ordered,**

Dated: March 15, 2012

*David O. Carter*
_____
**HONORABLE DAVID O. CARTER**
**Judge of the United States District Court**

ORDER REGARDING THE RELEASE OF THE ENCUMBRANCE ON THE PAUL R. MARTIN RESIDENCE LOCATED IN NEW JERSEY      2